JS-6

1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

CENTRAL DISTRICT OF CALIFORNIA

10
11

MEDVERSANT TECHNOLOGIES,
12 LLC,

Case No.  12-10403-GAF (FFMx)

13            Plaintiff,

14       vs.

**ORDER GRANTING REQUEST
TO REMAND CASE**

15 CHRISTIE, PARKER & HALE, LLP,
  a Limited Liability Partnership; GARY
16 DUKARICH, an Individual; and
  DOES 1 through 100, inclusive,

17
            Defendants.
18
19
20
21
22
23
24
25
26
27
28

CHRISTIE, PARKER & HALE, LLP

-1-

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

The Court has considered the Stipulated Request to Remand and for good cause showing, the Court remands this matter to Superior Court of the State for the County of Los Angeles, without prejudice, each party to bear its own costs, including attorneys' fees.

IT IS SO ORDERED.

DATED: March 20, 2013

The Honorable Gary A Feess
United States District Court Judge

RG PAS1223923.1-*-03/15/13 4:46 PM

CHRISTIE, PARKER & HALE, LLP

-2-