JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEDVERSANT TECHNOLOGIES, LLC,<br><br>    Plaintiff,<br><br>vs.<br><br>CHRISTIE, PARKER & HALE, LLP, a Limited Liability Partnership; GARY DUKARICH, an Individual; and DOES 1 through 100, inclusive,<br><br>    Defendants. | Case No. 12-10403-GAF (FFMx)<br><br>**ORDER GRANTING REQUEST TO REMAND CASE** |

-2-

The Court has considered the Stipulated Request to Remand and for good cause showing, the Court remands this matter to Superior Court of the State for the County of Los Angeles, without prejudice, each party to bear its own costs, including attorneys' fees.

IT IS SO ORDERED.

DATED: March 20, 2013

_____
The Honorable Gary A Feess
United States District Court Judge

RG PAS1223923.1-*-03/15/13 4:46 PM